FULLER BUGGY COMPANY, Appellant, *v.* ADELBERT WALDRON et al., Defendants, and CHARLES E. CUDNEY, Respondent.

*Fuller Buggy Co.* v. *Waldron,* 112 App. Div. 814, affirmed.
(Argued May 2, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 22, 1906, affirming a judgment in favor of respondent herein, entered upon a verdict directed by the court in an action to recover on a promissory note.

*N. B. Spalding* for appellant.

*James A. Leary* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

ALTER KUSHES, Appellant, *v.* ISIDORE GINSBERG, Respondent.

*Kushes* v. *Ginsberg,* 99 App. Div. 417, affirmed.
(Argued May 3, 1907; decided May 21, 1907.)

APPEAL from a judgment entered July 13, 1905, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action by a husband to recover for the loss of services of his wife through personal injuries alleged to have been occasioned by defendant's negligence.

*Benjamin Tuska* for appellant.

*Carl Schurz Petrasch* and *Henry S. Mansfield* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.